IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR30-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JUAN CARLOS SORTO ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon the Defendant's Motion For Reconsideration Of Motion To Proceed In Forma Pauperis, filed 21 December 2006.

An appeal to the Fourth Circuit requires a filing and docketing fee of $455.00. Fed.R. App. Pro. 3(c). The Clerk for the Fourth Circuit directed Petitioner to file a CJA 23 Affidavit with the district court if Petitioner was unable to pay the filing fee. After reviewing the Defendant's explanation and documents he provided to this Court in support of the application to proceed In Forma Pauperis, and the Motion For Reconsideration, the Court concludes that the Petitioner is unable to pay the filing fee.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis is **GRANTED**.

Signed: December 27, 2006

Richard L. Voorhees
United States District Judge